1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: tanya@moorelawfirm.com

5 | Attorney for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:15-cv-01444-MCE-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| VALLEY PACIFIC PETROLEUM SERVICES, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Valley Pacific Petroleum Services, Inc., dba Valley Pacific Chevron aka Pantelle Chevron; and French Camp LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 1, 2015           MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Robert Kalani

Dated: December 1, 2015                DELFINO MADDEN O'MALLEY COYLE
                                       & KOEWLER LLP


                                       /s/ Monica S. Hans
                                       Monica S. Hans
                                       Attorneys for Defendants,
                                       Valley Pacific Petroleum Services, Inc., dba
                                       Valley Pacific Chevron aka Pantelle Chevron;
                                       and French Camp LLC

**ORDER**

    Pursuant to the foregoing stipulation,

    IT IS HEREBY ORDERED that this action be DISMISSED with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

    IT IS SO ORDERED.

Dated:  December 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT